IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX COHEN AND SARA COHEN, H/W | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| USAA CASUALTY INSURANCE COMPANY | : | NO. 21-4172 |

# ORDER

**AND NOW**, this 13th day of February, 2024, upon consideration of the Motions for Summary Judgment filed by both parties (Docket Nos. 12, 40, and 42), all documents filed in connection therewith, and the Hearing held on December 12, 2023, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1.  Defendant's Motion for Summary Judgment with respect to Counts I and III of the First Amended Complaint (Docket No. 12) is **DENIED**.

2.  Plaintiffs' Cross-Motion for Partial Summary Judgment with respect to Counts I and III of the First Amended Complaint (Docket No. 40) is **DENIED**.

3.  Defendant's Motion for Summary Judgment with respect to Count II of the First Amended Complaint (Docket No. 42) is **GRANTED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.